# Court of Appeals
# of the State of Georgia

ATLANTA,    June 06, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1677.  KOZY CONSTRUCTION, LLC v. BRG COLLECTIONS, LLC.**

Upon consideration of Appellant's MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    06/06/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*